## CALLENDER *v.* NEW YORK.

No. 1103.  Decided May 8, 1967.

*Carl Rachlin* for appellant.

*Frank S. Hogan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## LAVERNE *v.* PIRANESI IMPORTS, INC.

No. 1114.  Decided May 8, 1967.

*Monroe H. Freedman* for appellant.

*Leon Dicker* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.